IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>Plaintiffs,<br><br>vs.<br><br>GURTNER & SONS, LLC AND SOUTH ALLEGHENY SCHOOL DISTRICT<br><br>Defendants. | Civil Action No.: 2:18-cv-00244-MJH |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned action, including all claims and counterclaims, with prejudice pursuant to a full and final settlement by all parties. The Court shall retain jurisdiction to enforce the Settlement Agreement and Release entered into by the parties.

Respectfully submitted,

HOUSTON HARBAUGH, P.C.

*/s/ R. Brandon McCullough*

Alan S. Miller, Esquire
Pa. Id. No. 36757
milleras@hh-law.com
R. Brandon McCullough, Esquire
Pa. Id. No. 208563
mcculloughb@hh-law.com
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
*(Attorneys for Plaintiffs)*

MAIELLO, BRUNGO & MAIELLO, LLP

*/s/ David Raves*

David Raves, Esquire
dr@mbm-law.net
Steven P. Engel, Esquire
Pa. Id. No. 74524
spe@mbm-law.net
Southside Works
424 South 27th Street, #210
Pittsburgh, PA 15203
(412) 242-4400
*(Attorneys for Defendant South Allegheny School District)*

IT IS SO ORDERED.

Dated:_____, 2020

_____
Honorable Marilyn J. Horan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 14th day of February 2020, via electronic service through the ECF system as follows:

John H. Williams, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*(Attorneys for Defendant Gurtner & Sons, LLC)*

David Raves, Esquire
Steven P. Engel, Esquire
Maiello, Brungo & Maiello, LLP
Southside Works
424 South 27th Street, #210
Pittsburgh, PA 15203
*(Attorneys for Defendant South Allegheny School District)*

HOUSTON HARBAUGH, P.C.

*/s/ R. Brandon McCullough*
Alan S. Miller, Esquire
Pa. Id. No. 36757
R. Brandon McCullough, Esquire
Pa. Id. No. 208563
Three Gateway Center
401 Liberty Avenue, 22ND Floor
Pittsburgh, PA 15222
Telephone: 412-281-5060
*(Attorneys for Plaintiffs)*