IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>Plaintiffs,<br><br>vs.<br><br>GURTNER & SONS, LLC AND SOUTH ALLEGHENY SCHOOL DISTRICT<br><br>Defendants. | Civil Action No.: 2:18-cv-00244-MJH |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned action, including all claims and counterclaims, with prejudice pursuant to a full and final settlement by all parties. The Court shall retain jurisdiction to enforce the Settlement Agreement and Release entered into by the parties.

Respectfully submitted,

HOUSTON HARBAUGH, P.C.

*/s/ R. Brandon McCullough*
Alan S. Miller, Esquire
Pa. Id. No. 36757
milleras@hh-law.com
R. Brandon McCullough, Esquire
Pa. Id. No. 208563
mcculloughb@hh-law.com
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
*(Attorneys for Plaintiffs)*

MAIELLO, BRUNGO & MAIELLO, LLP

*/s/ David Raves*
David Raves, Esquire
dr@mbm-law.net
Steven P. Engel, Esquire
Pa. Id. No. 74524
spe@mbm-law.net
Southside Works
424 South 27th Street, #210
Pittsburgh, PA 15203
(412) 242-4400
*(Attorneys for Defendant South Allegheny School District)*

IT IS SO ORDERED.

Dated: **February 15**        , 2020

Honorable Marilyn J. Horan
United States District Judge